UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
-----------------------------------------------------------X

FIREMAN'S FUND INSURANCE COMPANY a/s/o
TRANSMAR COMMODITY GROUP LTD.,

                              Plaintiff,             Case No.

      v.,                                          COMPLAINT

UNITED COCOA PROCESSORS, INC.,

                              Defendant (s).
-----------------------------------------------------------X

      Plaintiff Fireman's Fund Insurance Company a/s/o TRANSMAR Commodity Group Ltd., by its attorneys, Graham, Miller, Neandross, Mullin & Roonan, LLC., complaining of the defendant, states:

## PARTIES

      1. At all times hereinafter mentioned, plaintiff is a corporation duly existing as an insurance company under the laws of the State of California, with its principal place of business located at 777 San Marin Drive, Novato, California 94998.

      2. At all times hereinafter mentioned, plaintiff is subrogated to all right, title and interest of any claim Transmar Commodity Group Ltd. has against the defendant United cocoa Processor, Inc., as a result of its payment of $237,311.50 to under a policy of insurance issued by the plaintiff to the its insured.

      3. Upon information and belief, at all time hereinafter mentioned, defendant United Cocoa Processor, Inc. is a corporation duly existing under the laws of the State of Delaware, with its principal place of business located at 701 Pencader Drive, Newark, Delaware 19702.

## JURISDICTION

4. This Court has jurisdiction over this action under 28 U.S.C. 1332 since there is diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00.

## FIRST CAUSE OF ACTION

5. On or before December 2, 2005, Transmar delivered into defendant's possession, in good order and condition, various quantities of cocoa product for storage and processing at a facility located at 701 Pencader Drive, Newark, Delaware.

6. On December 2, 2005, there was a fire in defendant's facility, which caused damage to Transmar's cocoa in the amount of $237,311.50, an amount which was paid by the plaintiff to Transmar.

7. The fire which damaged the cocoa was the sole result of defendant's negligence and neither plaintiff or Transmar was comparatively negligent.

8. As a result of defendant's negligence, plaintiff suffered a loss of $237,311.50.

## SECOND CAUSE OF ACTION

9. Plaintiff repeats and reiterates each and every allegation contained in the First Cause of Action with the same force and effect as if herein set forth anew.

10. The damage to the cocoa was the sole result of defendant's breach of a contract in bailment and at law.

11. As a result of defendant's breach of contract, plaintiff suffered a loss of $237,311.50.

WHEREFORE, plaintiff respectfully requests a judgment in favor of the plaintiff against the defendant in the sum of $237,311.50, with interest from December 2, 2005,

plus costs, expenses, attorneys' fees and such other relief which the Court deems just and proper.

DATED:    December 29, 2006
         New York, New York

                                      GRAHAM, MILLER, NEANDROSS,
                                      MULLIN & ROONAN, LLC
                                      Attorneys for the Plaintiff
                                      2350 Broadway
                                      New York, New York 10024
                                      (212) 877-4486
                                      (212) 877 - 4487 (Fax)
                                      Email : wjm@grahammiller.com

                                      By _____
                                           William Mullin (WM-5318)

                                      TIGHE & COTTRELL, P.A.
                                      Local Counsel for Plaintiff  Bar ID #29
                                      704 North King Street, Suite 500
                                      P.O. Box 1031
                                      Wilmington, Delaware 19899
                                      302-658-6400
                                      302-658-9836
                                      Email: m.tighe@tighecottrell.com

                                      By _____
                                           Michael Tighe

JS 44 (Rev 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Fireman's Fund Insurance Company aso Transmar Commodity Group, Ltd.

### DEFENDANTS
United Cocoa Processor, Inc.

(b) County of Residence of First Listed Plaintiff: Marin, Ca.
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: New Castle, De.
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES USE THE LOCATION OF THE LAND INVOLVED

(c) Attorney's (Firm Name, Address, and Telephone Number): Graham, Miller, Neandross, Mullin & Roonan, LLC, 2350 Broadway, New York 10024 (212)-877-4486

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**TORTS — PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☒ 371 Truth in Lending
- ☒ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- **Habeas Corpus:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 28 U.S.C 1332

Brief description of cause: Negligence

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 237,311.50
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 1/5/07

SIGNATURE OF ATTORNEY OF RECORD: William Mullin

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 0 7 - 0 1 4

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___2___ COPIES OF AO FORM 85.

JAN 0 9 2007
(Date forms issued)

(Signature of Party or their Representative)

Charle Joseph
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action