_____
By Deputy Clerk
UNITED STATE DISTRICT COURT
DISTRICT OF DELAWARE
-----------------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY a/s/o
TRANSMAR COMMODITY GROUP, LTD.,

                      Plainitff,                          Case No.

      -against-                                  RULE 7.1
                                                  STATEMENT

UNITED COCOA PROCESSOR, INC.,

                      Defendant(s).
-----------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates to evaluate possible disqualification or recusal, the undersigned attorney for the plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the plaintiff:

                          Allianz Insurance Company

DATED:      December 29, 2006

                                            _____
                                            William Mullin (WM-5318)
                                            Graham, Miller, Neandross,
                                            Mullin & Roonan, LLC
                                            Attorneys for the Plaintiff
                                            2350 Broadway
                                            New York, New York 10024
                                            (212) 877-4486

                                            _____
                                            Michael Tighe, Local Counsel  Bar # 29
                                            Tighe & Cottrell, P.A.
                                            704 King Street
                                            P.O. Box 1031
                                            Wilmington, DE 19899
                                            (302) 658-6400