# UNITED STATES DISTRICT COURT
### District of Delaware

-----------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY a/s/o
TRANSMAR COMMODITY GROUP, LTD.,

                         Plaintiff,

                                                **SUMMONS IN A CIVIL ACTION**

               V.                             **Case Number:**

UNITED COCOA PROCESSOR, INC.,

                        Defendant
-----------------------------------------------------X

To: United Cocoa Processor, Inc., 701 Pencader Drive, Suite F, Newark, Delaware 19702


      YOU ARE HEREBY SUMMONED and required to file with Clerk of this Court and serve upon

| | |
|---|---|
| Graham, Miller, Neandross, Mullin & Roonan, LLC. | Tighe & Cottrell, P. |
| Attorneys for the Plaintiff | Plaintiff's Local Counsel |
| 2350 Broadway | 704 North King Street, |
| New York, New York 10024 | Wilmington, Delaware 19899 |
| (212) 747-0450 | 302-658-6400 |

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.


**PETER T. DALLEO**                                          **JAN 0 9 2007**

_____          _____
Clerk                                                    Date

*[signature]*
_____
Deputy clerk

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE: 1/11/07 |
| NAME OF SERVER (PPJNT): DENORRIS BRITT | TITLE: SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: SERVED: UNITED COCOA PROCESSOR, INC AT 701 PENCADER DR. NEWARK, DE COPIES THEREOF WERE ACCEPTED BY JULIE HANDLICH

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/11/07
            Date

*Signature of Server*

BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure