IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY ) <br> a/s/o TRANSMAR COMMODITY GROUP LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED COCOA PROCESSOR, INC., ) <br> ) <br> Defendant. ) | C.A. No.: 07-014 |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of William J. Mullin, Esquire of Graham Miller Neandross Mullin & Roon, 2350 Broadway, New York, NY 10024, to represent Plaintiff Fireman's Fund Insurance Company a/s/o Transmar Commodity Group Ltd.

TIGHE & COTTRELL, P.A.

/s/ Michael K. Tighe
Michael K. Tighe, Bar ID # 29
One Customs House
704 N. King Street, Suite 500
P.O. Box 1031
Wilmington, DE 19899
(302) 658-6400
m.tighe@tighecottrell.com
Attorney for Plaintiff

Date: January 18, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FIREMAN'S FUND INSURANCE COMPANY a/s/o TRANSMAR COMMODITY GROUP LTD., | ) ) ) | C.A No.: 07-014 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| UNITED COCOA PROCESSOR, INC., | ) ) ) | |
| Defendant. | ) | |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of United States District Court Southern District of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

                                          GRAHAM, MILLER, NEANDROSS,
                                          MULLIN & ROONAN, L.L.C.

                                          */s/ William J. Mullin*
                                          William J. Mullin, NY Bar # WM5318
                                          2350 Broadway
                                          New York, NY 10024
                                          (212) 671-1179
                                          wjm@grahammiller.com
                                          Attorney for Plaintiff

Date: January __, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FIREMAN'S FUND INSURANCE COMPANY a/s/o TRANSMAR COMMODITY GROUP LTD., | ) ) ) | C.A. No.: 07-014 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| UNITED COCOA PROCESSOR, INC., | ) ) | |
| Defendant. | ) | |

## **ORDER**

IT IS HEREBY ORDERED, counsel's motion for admission *pro hac vice* is granted.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FIREMAN'S FUND INSURANCE COMPANY a/s/o TRANSMAR COMMODITY GROUP LTD., | ) ) ) | C.A. No.: 07-014 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| UNITED COCOA PROCESSOR, INC., | ) ) ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, Michael K. Tighe, Esquire, do hereby certify that two true and correct copies of the attached Motion and Order for Admission Pro Hac Vice were served via U.S. Mail, Postage Prepaid on this 18th day of January, 2007 upon the following:

United Cocoa Processor, Inc.
701 Pencader Drive
Suite F
Newark, DE 19702

TIGHE & COTTRELL, P.A.

/s/ Michael K. Tighe
Michael K. Tighe, Bar ID # 29
One Customs House
704 N. King Street, Suite 500
P.O. Box 1031
Wilmington, DE 19899
(302) 658-6400
m.tighe@tighecottrell.com
Attorney for Plaintiff