IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, A/S/O TRANSMAR COMMODITY GROUP, LTD., | ) ) ) ) | Case No.: 07-014 |
| Plaintiff, | ) ) | |
| v. | ) ) | TRIAL BY JURY OF TWELVE DEMANDED |
| UNITED COCOA PROCESSOR, INC., | ) ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

**WITHOUT WAIVER** of any affirmative defenses, including but not limited to insufficiency of process, failure to state a claim upon which relief can be granted and/or statute of limitations;

**PLEASE ENTER THE APPEARANCE** of Louis J. Rizzo, Jr., Esquire on behalf of Defendant, United Cocoa Processor, Inc.

                                                  REGER RIZZO KAVULICH & DARNALL LLP

                                                  */s/ Louis J. Rizzo, Jr., Esquire*
                                                  Louis J. Rizzo, Jr., Esquire
                                                  Delaware State Bar I.D. No. 3374
                                                  1001 Jefferson Plaza, Suite 202
                                                  Wilmington, DE 19801
                                                  (302) 652-3611
                                                  Attorney for Defendant

Dated: January 23, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, A/S/O TRANSMAR COMMODITY GROUP, LTD., | ) ) ) ) | Case No.: 07-014 |
| Plaintiff, | ) ) | |
| v. | ) ) | TRIAL BY JURY OF TWELVE DEMANDED |
| UNITED COCOA PROCESSOR, INC., | ) ) | |
| Defendant. | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

    I, the undersigned, do hereby certify on this 23rd day of January, 2007 that a true and correct copy of the Entry of Appearance has been served electronically and by first class mail, postage prepaid, upon the following:

| | |
|---|---|
| Michael K. Tighe, Esquire | William Mullin, Esquire |
| Tighe & Cottrell, P.A. | Graham, Miller, Neandross, |
| 704 North King Street, Suite 500 |    Mullin & Roonan, L.L.C. |
| P.O. Box 1031 | 2350 Broadway |
| Wilmington, DE 19899 | New York, New York  10024 |

                   REGER RIZZO KAVULICH & DARNALL LLP

                   */s/ Louis J. Rizzo, Jr., Esquire*
                   Louis J. Rizzo, Jr., Esquire
                   Delaware State Bar I.D. No. 3374
                   1001 Jefferson Plaza, Suite 202
                   Wilmington, DE  19801
                   (302) 652-3611
                   Attorney for Defendant

Dated:   January 23, 2007