IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, A/S/O TRANSMAR COMMODITY GROUP, LTD., | : <br> : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    Civil Action No. 07-014-*** |
| | : |
| UNITED COCOA PROCESSOR, INC., | : <br> : |
| Defendant. | : |

## ORDER

At Wilmington, Delaware, this **20th** day of **February, 2007.**

IT IS ORDERED that a Rule 16 scheduling teleconference with Judge Thynge has been scheduled for **Wednesday, March 14, 2007 at 3:00 p.m. Eastern Time. Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                            /s/ Mary Pat Thynge
                                            UNITED STATES MAGISTRATE JUDGE