IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, A/S/O TRANSMAR COMMODITY GROUP, LTD., : : : : | |
| Plaintiff, : : | |
| v. : : | Civil Action No. 07-014-*** |
| UNITED COCOA PROCESSOR, INC., : : | |
| Defendant. : | |

### ORDER

At Wilmington, Delaware, this **14th** day of **March, 2007.**

IT IS ORDERED that the parties are to advise whether they consent to the jurisdiction of the Magistrate Judge on or before **March 21, 2007.**

IT IS FURTHER ORDERED that a teleconference has been scheduled for **Monday, March 26, 2007 at 9:15 a.m. Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE