Case 1:07-cv-00014-MPT    Document 18    Filed 03/30/2007    Page 1 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, A/S/O TRANSMAR COMMODITY GROUP, LTD., | ) ) ) ) | Case No.: 07-014 |
| Plaintiff, | ) ) | |
| v. | ) ) | TRIAL BY JURY OF TWELVE DEMANDED |
| UNITED COCOA PROCESSOR, INC., | ) ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

I, Louis J. Rizzo, Jr., Esquire, do hereby certify that on this 29th day of March, 2007 that a true and correct copy of Defendant's Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) has been served by ECF/PACER, upon the following counsel of record:

Michael K. Tighe, Esquire
Tighe & Cottrell, P.A.
704 North King Street, Suite 500
P.O. Box 1031
Wilmington, DE 19899

William Mullin, Esquire
Graham, Miller, Neandross,
Mullin & Roonan, L.L.C.
2350 Broadway
New York, New York  10024

REGER RIZZO KAVULICH & DARNALL LLP

*/s/ Louis J. Rizzo, Jr., Esquire*
Louis J. Rizzo, Jr., Esquire
Delaware State Bar I.D. No. 3374
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Defendant

Dated:  March 29, 2007