IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, A/S/O TRANSMAR COMMODITY GROUP, LTD., | ) ) ) ) | Case No.: 07-014 MPT |
| Plaintiff, | ) ) | |
| v. | ) ) | TRIAL BY JURY OF TWELVE DEMANDED |
| UNITED COCOA PROCESSOR, INC., | ) ) | |
| Defendant. | ) | |

## NOTICE OF 30(b)(6) DEPOSITION

To:   Michael K. Tighe, Esquire          William Mullin, Esquire
      Tighe & Cottrell, P.A.              Graham, Miller, Neandross,
      704 North King Street, Suite 500   Mullin & Roonan, L.L.C.
      P.O. Box 1031                       2350 Broadway
      Wilmington, DE 19899                New York, New York  10024

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Daniel McNamara, representative of Transmar Commodity Group, Ltd., concerning the above-referenced action**,** on **Monday, July 16, 2007 at 11:00 a.m.**  Said deposition will be taken at the Law Offices of Reger Rizzo Kavulich & Darnall LLP, 1001 Jefferson Plaza, Suite 202, Wilmington, Delaware 19801.

                                    REGER RIZZO KAVULICH & DARNALL LLP


                                    */s/ Louis J. Rizzo, Jr., Esquire*
                                    Louis J. Rizzo, Jr., Esquire
                                    Delaware State Bar I.D. No. 3374
                                    1001 Jefferson Plaza, Suite 202
                                    Wilmington, DE  19801
                                    (302) 652-3611
                                    Attorney for Defendant
                                    United Cocoa Processor, Inc.

Dated:  July 13, 2007
cc:     Wilcox & Fetzer (via facsimile no. 655-0497)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, A/S/O TRANSMAR COMMODITY GROUP, LTD., | ) ) ) ) | Case No.: 07-014 MPT |
| Plaintiff, | ) ) | |
| v. | ) ) | TRIAL BY JURY OF TWELVE DEMANDED |
| UNITED COCOA PROCESSOR, INC., | ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify on this 13th day of July, 2007 that a true and correct copy of the Notice of 30(b)(6) Deposition has been served electronically and by first class mail, postage prepaid, upon the following:

Michael K. Tighe, Esquire
Tighe & Cottrell, P.A.
704 North King Street, Suite 500
P.O. Box 1031
Wilmington, DE 19899

William Mullin, Esquire
Graham, Miller, Neandross,
Mullin & Roonan, L.L.C.
2350 Broadway
New York, New York  10024

REGER RIZZO KAVULICH & DARNALL LLP


*/s/ Louis J. Rizzo, Jr., Esquire*
Louis J. Rizzo, Jr., Esquire
Delaware State Bar I.D. No. 3374
1001 Jefferson Plaza, Suite 202
Wilmington,  DE  19801
(302) 652-3611
Attorney for Defendant
United Cocoa Processor, Inc.

Dated:  July 13, 2007