IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, A/S/O TRANSMAR COMMODITY GROUP, LTD., | ) ) ) ) | Case No.: 07-014 MPT |
| Plaintiff, | ) ) | |
| v. | ) ) | TRIAL BY JURY OF TWELVE DEMANDED |
| UNITED COCOA PROCESSOR, INC., | ) ) | |
| Defendant. | ) | |

**NOTICE OF DEPOSITION**

To:  Michael K. Tighe, Esquire          William Mullin, Esquire
     Tighe & Cottrell, P.A.             Graham, Miller, Neandross,
     704 North King Street, Suite 500   Mullin & Roonan, L.L.C.
     P.O. Box 1031                      2350 Broadway
     Wilmington, DE 19899               New York, New York 10024

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Saeed Esfahani on **Monday, July 16, 2007 at 12:00 noon.** Said deposition will be taken at the Law Offices of Reger Rizzo Kavulich & Darnall LLP, 1001 Jefferson Plaza, Suite 202, Wilmington, Delaware 19801.

                                        REGER RIZZO KAVULICH & DARNALL LLP

                                        */s/ Louis J. Rizzo, Jr., Esquire*
                                        Louis J. Rizzo, Jr., Esquire
                                        Delaware State Bar I.D. No. 3374
                                        1001 Jefferson Plaza, Suite 202
                                        Wilmington, DE 19801
                                        (302) 652-3611
                                        Attorney for Defendant
                                        United Cocoa Processor, Inc.

Dated: July 13, 2007
cc:    Wilcox & Fetzer (via facsimile no. 655-0497)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, A/S/O TRANSMAR COMMODITY GROUP, LTD., | ) ) ) ) | Case No.: 07-014 MPT |
| Plaintiff, | ) ) | |
| v. | ) ) | TRIAL BY JURY OF TWELVE DEMANDED |
| UNITED COCOA PROCESSOR, INC., | ) ) ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify on this 13th day of July, 2007 that a true and correct copy of the Notice of Deposition has been served electronically and by first class mail, postage prepaid, upon the following:

Michael K. Tighe, Esquire  
Tighe & Cottrell, P.A.  
704 North King Street, Suite 500  
P.O. Box 1031  
Wilmington, DE 19899

William Mullin, Esquire  
Graham, Miller, Neandross,  
Mullin & Roonan, L.L.C.  
2350 Broadway  
New York, New York  10024

REGER RIZZO KAVULICH & DARNALL LLP

*/s/ Louis J. Rizzo, Jr., Esquire*  
Louis J. Rizzo, Jr., Esquire  
Delaware State Bar I.D. No. 3374  
1001 Jefferson Plaza, Suite 202  
Wilmington,  DE  19801  
(302) 652-3611  
Attorney for Defendant  
United Cocoa Processor, Inc.

Dated:  July 13, 2007