# GRAHAM, MILLER, NEANDROSS, MULLIN & ROONAN, L.L.C.

ATTORNEYS AT LAW
2350 BROADWAY
NEW YORK, NY 10024
PHONE: (212) 671-1179
FAX: (212) 877-4487
wjm@grahammiller.com

340 HOYDENS HILL RD.
FAIRFIELD, CT 06824
(203) 520-6312

370 MINORCA AVE., STE. 15
CORAL GABLES, FL 33134
(305) 443-3700

ONE BROADWAY, SUITE 201
DENVILLE, NJ 07834
(973) 586-6700

WILLIAM J. MULLIN, ESQ.
EXT. 802

July 24, 2007

Honorable Mary Pat Thynge
844 N. King Street – Room 6100
Wilmington, Delaware 19801

   Re: Case No. 07-014
     Fireman's Fund Insurance Company a/s/o Transmar v.
     United Cocoa Processor

Dear Judge Thynge,

  This firm represents the plaintiff in the above-captioned action. This lawsuit is a property damage subrogation action, which involves damage to cocoa beans, as a result of a fire at defendant's premises in December, 2005.

  The parties have completed their document exchange and a representative of the plaintiff has been deposed. It appears that a second deposition of the plaintiff will be needed and the deposition of the defendant still needs to be taken.

  Counsel has discussed possible settlement, but no demand has been made as of this date.

           Very truly yours,

           William Mullin

cc: Louis Rizzo, Esq.
   302-652-3620