IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, A/S/O TRANSMAR COMMODITY GROUP, LTD., : : : : | |
| Plaintiff, : : | |
| v. : | Civil Action No. 07-014-MPT |
| UNITED COCOA PROCESSOR, INC., : : | |
| Defendant. : | |

## AMENDED SCHEDULING ORDER

At Wilmington, Delaware, this **31st** day of **July, 2007.**

Pursuant to the status conference on July 31, 2007, the Scheduling Order of March 26, 2007 is modified as follows:

3. (a) All discovery shall be initiated so that it will be completed on or before **October 26, 2007.**

9. All case dispositive motions and opening brief, if any, in support of the motion shall be filed on or before **October 26, 2007.**

11. The pretrial conference shall be changed to **March 31, 2008** beginning at 11:00 a.m. The due date for the joint proposed final pretrial order has been changed to **March 17, 2008.**

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE