IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, A/S/O TRANSMAR COMMODITY GROUP, LTD., | ) ) ) ) | Case No.: 07-014 MPT |
| Plaintiff, | ) ) | |
| v. | ) ) | TRIAL BY JURY OF TWELVE DEMANDED |
| UNITED COCOA PROCESSOR, INC., | ) ) | |
| Defendant. | ) | |

**STIPULATION TO EXTEND EXPERT DISCOVERY
AND DISPOSITIVE MOTION DEADLINES**

It is hereby stipulated by and between the parties that the expert discovery and dispositive motion deadlines be amended as follows:

| | |
|---|---|
| Plaintiff Expert | 11/15/07 |
| Defendant Expert | 12/01/07 |
| Dispositive Motions | 12/15/07 |

/s/ Michael K. Tighe, Esquire
Michael K. Tighe, Esquire
Tighe & Cottrell, P.A.
704 North King Street, Suite 500
P.O. Box 1031
Wilmington, DE 19899

/s/ William Mullin, Esquire
William Mullin, Esquire
Graham, Miller, Neandross,
Mullin & Roonan, L.L.C.
2350 Broadway
New York, New York  10024

/s/ Louis J. Rizzo, Jr., Esquire
Louis J. Rizzo, Jr., Esquire
Delaware State Bar I.D. No. 2565
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611

SO ORDERED this _____ day of _____, 2007.

BY THE COURT:

_____
J.